BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
DANIEL B. LEVIN (State Bar No. 226044)
daniel.levin@mto.com
MELINDA E. LeMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
THOMAS P. CLANCY (State Bar No. 295195)
thomas.clancy@mto.com
JORDAN X. NAVARRETTE (State Bar No. 306143)
jordan.navarrette@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENOCO, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PLAINS PIPELINE, L.P., a Texas limited partnership; PLAINS ALL AMERICAN, L.P., a Delaware limited partnership; PLAINS GP HOLDINGS, L.P., a Delaware limited partnership; PLAINS APP, L.P., a Delaware limited partnership; PLAINS ALL AMERICAN GP LLC, a Delaware limited liability company; and PAA GP LLC, a Delaware limited liability company;<br><br>Defendants. | Case No. 2:16-cv-2988-PSG-JEM<br><br>[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>[Discovery Document: Referred to Magistrate Judge John E. McDermott] |

1 | The Court having considered Plaintiff's and Defendants' Stipulated Protective
2 | Order, and for good cause shown, IT IS ORDERED:
3 | The Stipulated Protective Order is GRANTED.

DATED: 9/8/2017

Hon. John E. McDermott
United States Magistrate Judge