BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
DANIEL B. LEVIN (State Bar No. 226044)
daniel.levin@mto.com
MELINDA E. LeMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
GRANT A. DAVIS-DENNY (State Bar No. 229335)
grant.davis-denny@mto.com
JORDAN X. NAVARRETTE (State Bar No. 306143)
jordan.navarrette@mto.com
COLIN A. DEVINE (State Bar No. 315801)
colin.devine@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

AARON D. PENNEKAMP (State Bar No. 290550)
aaron.pennekamp@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants

CHAMBERS COPY

E-FILED
MAY - 9 2019
Document # __
Re Mtn #52

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENOCO, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PLAINS PIPELINE, L.P., a Texas limited partnership; PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership; PLAINS GP HOLDINGS, L.P., a Delaware | Case No. 2:16-cv-2988- PSG-JEM<br><br>[PROPOSED] JUDGMENT |

| | |
|---|---|
| 1 | limited partnership; PLAINS AAP, L.P., a Delaware limited partnership; PLAINS ALL AMERICAN GP LLC, a Delaware limited liability company; and PAA GP LLC, a Delaware limited liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

# [PROPOSED] JUDGMENT

This action came on for hearing before this Court on April 22, 2019, in Courtroom 6A, Honorable Philip S. Gutierrez presiding.

Having considered the parties' pleadings and briefing, and oral argument presented at the hearing, and a decision having been rendered granting Defendants' motion for judgment on the pleadings and denying leave to amend (Dkt. #165),

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs.

DATED: 5/9, 2019

HON. PHILIP S. GUTIERREZ