Brian E. Klein (# 258486)
bklein@waymakerlaw.com
Jaime W. Marquart (#200344)
jmarquart@waymakerlaw.com
WAYMAKER LLP
777 South Figueroa Street, Suite 2850
Los Angeles, California 90017
Phone: (424) 652-7800
Fax: (424) 652-7850

R. Paul Yetter (pro hac vice)
pyetter@yettercoleman.com
Timothy S. McConn (pro hac vice)
tmcconn@yettercoleman.com
Tracy N. LeRoy (pro hac vice)
tleroy@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: (713) 632-8000
Fax: (713) 632-8002

Attorneys for Plaintiff Venoco, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENOCO, LLC, a Delaware corporation, | Case No: 2:16-cv-2988-PSG-JEM |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| PLAINS PIPELINE, L.P., a Texas limited partnership; PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership; PLAINS GP HOLDINGS, L.P., a Delaware limited partnership; PLAINS AAP, L.P., a Delaware limited partnership; PLAINS ALL AMERICAN GP, LLC, a Delaware limited liability company; and PAA GP, LLC, a Delaware limited liability company; | Hearing Date: February 8, 2021<br>Action Filed: September 8, 2010<br><br>Honorable Philip S. Gutierrez |
| Defendants. | |

Notice is hereby given that Plaintiff Venoco, LLC ("Venoco") appeals in the above-captioned case from the February 2, 2021 Order Denying Plaintiff's Motion to Set Aside Judgment and Reopen the Case (Dkt. 209) to the United States Court of Appeals for the Ninth Circuit, and to the Supreme Court of the United States if necessary.

This case was first filed on May 2, 2016.

Venoco is the only appellant.

Venoco has paid all fees required for this notice of appeal.

This is not a cross-appeal.

There was a previous appeal in this case. The prior appeal case number is 19-55600.

The Representation Statement required by the Ninth Circuit is attached to this notice of appeal.

Appellant Venoco's address is the address of its counsel listed in this notice.

Dated: March 2, 2021

YETTER COLEMAN LLP

By: /s/ Paul Yetter
R. Paul Yetter, Esq. (*pro hac vice*)
Timothy S. McConn, Esq. (*pro hac vice*)
Tracy N. LeRoy, Esq. (*pro hac vice*)

WAYMAKER LLP
Brian E. Klein (#258486)
Jaime W. Marquart (#200344)

*Attorneys for Plaintiff Venoco, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed electronically on March 2, 2021.  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

/s/ *R. Paul Yetter*
R. Paul Yetter